IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CCS Construction Compnay, LLC,

    Plaintiff(s),

vs.

Lotus Pad Liberty Center, LLC

    Defendant(s).

Case Number: 1:20cv526

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 16, 2020 (Doc. 39), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 30, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to strike RLI's affirmative defenses (Doc. 23) is DENIED in its entirety.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court